ROSALINDA MORINI v. OTTO H. KAHN.— Motion for leave to appeal to the Court-

of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.